

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 28, 2011

Case Number. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CV 11-3002-HO

Case Title. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Saccato v. Zwicker & Associates P.C. et al

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above captioned case has been reassigned from the Honorable Mark D. Clarke, United States Magistrate Judge, to the Honorable Michael R. Hogan, United States District Judge. Case information can be obtained from the following::

    Courtroom Deputy:    Jill Wright
                                      Telephone: (541) 431-4103
                                      email: jill_wright@ord.uscourts.gov

    Docket Information:    Charlene Pew
                                      (541) 431-4105
                                      email:  charlene_pew@ord.uscourts.gov

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Wayne L. Morse United States District Court in Eugene, 405 East Eighth Avenue, Suite 2100, Eugene, Oregon 97401.

**(C)** **Change to the Case Number:** Effective immediately, Judge Hogan's initials (HO) will replace the previous judge's initials in this case.

                                                **MARY L. MORAN,**
                                                **Clerk of Court**

cc:    Judge Hogan
       Counsel of Record