**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Discover Financial Services

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **Lawrence James Saccato**, | Case No. 11-CV-03002-HO |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| **Zwicker & Associates; Discover Financial Services; and Does 1 through 10**, | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned law firm of Lane Powell PC hereby enters its appearance as counsel of record for defendant DB Servicing Corporation, servicing subsidiary of Discover Bank ("Discover") (incorrectly named in the caption as Discover Financial Services). Discover does not waive any rights or defenses by filing this Notice of Appearance, including any defenses relating to sufficiency of service, jurisdiction, or any other defenses available under the Federal Rules of Civil Procedure. This notice of appearance is filed solely for purposes of LR 55-1. It is requested that an entry be made on the docket in this case that all

PAGE 1 -   NOTICE OF APPEARANCE

notices, given or required to be given, and all documents, pleadings, and orders, served or required to be served, in this case be given to and served upon the undersigned attorney.

DATED: May 2, 2011

                                   **LANE POWELL** PC


                                   By  /s/ Pilar C. French
                                      Pilar C. French, OSB No. 962880
                                      Telephone: 503.778.2170
                                 Attorneys for Defendant Discover Financial Services

PAGE 2 -   NOTICE OF APPEARANCE

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011, I caused to be served a copy of the foregoing NOTICE OF APPEARANCE on the following person(s) in the manner indicated below at the following address(es):

Lawrence James Saccato, Pro Se
6387 Old Hwy 99S
Roseburg, OR  97471

☐   by **CM/ECF**
☐   by **Electronic Mail**
☐   by **Facsimile Transmission**
☒   by **First Class Mail**
☐   by **Hand Delivery**
☐   by **Overnight Delivery**

/s/  Pilar C. French

Pilar C. French

CERTIFICATE OF SERVICE