**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Discover Financial Services

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LAWRENCE JAMES SACCATO,** | Case No. 11-CV-03002-HO |
| Plaintiff, | ACCEPTANCE OF SERVICE |
| vs. | |
| **ZWICKER & ASSOCIATES; DISCOVER FINANCIAL SERVICES; AND DOES 1 THROUGH 10,** | |
| Defendants. | |

Lane Powell PC, attorneys for defendant Discover Products, Inc., a subsidiary of Discover Bank ("Discover"), accepts service of the Summons and the Amended Complaint (ECF No. 6, filed May 10, 2011) on behalf of the incorrectly-named defendant, Discover Financial Services, and acknowledges receipt of a copy of the Summons and Amended Complaint.

Discover hereby agrees to save the expense of serving a summons and complaint in this case.

PAGE 1 -   ACCEPTANCE OF SERVICE

Discover understands that it will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that it waives any objections to the absence of a summons or of service.

Discover also understands that it must file and serve an answer or a motion under Rule 12 of the Federal Rules of Civil Procedure within 60 days from June 2, 2011, the date that service was accepted. If it fails to do so, Discover understands that a default judgment may be entered against it.

DATED: June 2, 2011

LANE POWELL PC

By /s/ Pilar C. French
Pilar C. French, OSB No. 962880
docketing@lanepowell.com
Telephone: 503.778.2170
Attorneys for Defendant Discover Financial Services

PAGE 2 -   ACCEPTANCE OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2011, I caused to be served a copy of the foregoing ACCEPTANCE OF SERVICE on the following person(s) in the manner indicated below at the following address(es):

Lawrence James Saccato
Pro Se
6387 Old Hwy 99S
Roseburg, OR  97471

- ☐ by **CM/ECF**
- ☐ by **Electronic Mail**
- ☐ by **Facsimile Transmission**
- ☑ by **First Class Mail**
- ☐ by **Hand Delivery**
- ☐ by **Overnight Delivery**

_____
Pilar French

CERTIFICATE OF SERVICE

5082637.1

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200