**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Discover Financial Services

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LAWRENCE JAMES SACCATO,**<br><br>                    Plaintiff,<br><br>    vs.<br><br>**ZWICKER & ASSOCIATES; DISCOVER FINANCIAL SERVICES; AND DOES 1 THROUGH 10,**<br><br>                    Defendants. | Case No. 11-CV-03002-HO<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Discover Products, Inc., a subsidiary of Discover Bank ("Discover"), states as follows:

1.      Discover is a Utah corporation and is a wholly owned subsidiary of the parent company Discover Bank.

PAGE 1 -    CORPORATE DISCLOSURE STATEMENT

2. The following publicly held corporation owns 10 percent or more of Discover's stock: Discover Financial Services.

DATED: June 2, 2011

                              LANE POWELL PC

                              By_____
                                Pilar C. French, OSB No. 962880
                                Telephone: 503.778.2170
                                Attorneys for Defendant Discover Financial Services

PAGE 2 -   CORPORATE DISCLOSURE STATEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2011, I caused to be served a copy of the foregoing CORPORATE DISCLOSURE STATEMENT on the following person(s) in the manner indicated below at the following address(es):

Lawrence James Saccato
6387 Old Highway 99S
Roseburg, OR 97471
Telephone: 541-784-2284

| | |
|---|---|
| ☐ | by **CM/ECF** |
| ☐ | by **Electronic Mail** |
| ☐ | by **Facsimile Transmission** |
| ☒ | by **First Class Mail** |
| ☐ | by **Hand Delivery** |
| ☐ | by **Overnight Delivery** |

_____
Pilar French

CERTIFICATE OF SERVICE