DONNA SMITH, ESQ. BAR #02094
ZWICKER & ASSOCIATES, P.C.
10824 SE Oak St
PMB 401
Milwaukie, OR 97222
Telephone: (503)786-6119 ext. 225
Facsimile:  (503) 786-6130
dsmith@zwickerpc.com
Attorneys for Defendant Zwicker & Associates, P.C.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISON

| | |
|---|---|
| **LAWRENCE JAMES SACCATO,**<br>        **Plaintiff**<br>v.<br><br>**ZWICKER & ASSOCIATES, P.C.; and DISCOVER FINANCIAL SERVICES,**<br>        **Defendants** | Case No.: 6:11-cv-03002-HO<br><br>**ZWICKER & ASSOCIATES, P.C.'S NONGOVERNMENTAL CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.1** |

   Pursuant to Local Rule 7.1 of the United States District Court, District of Oregon, Defendant Zwicker & Associates, P.C. ("Zwicker") respectfully submits the following nongovernmental corporate disclosure statement:

   1.   Zwicker has no parent corporation; and

   2.   No publicly held corporation owns 10% or more of Zwicker's stock.

Dated:  June 23, 2011

        ZWICKER & ASSOCIATES, P.C.

        By its attorneys,


        /s/Donna Smith_____
        Donna Smith, Esq. Bar # 02094
        Zwicker & Associates, P.C.
        10824 SE Oak Street, PMB 401
        Milwaukie, OR 97222
        Tel. 503-786-6119 ext 225
        Fax 503-786-6130
        dsmith@zwickerpc.com


## CERTIFICATE OF SERVICE

      I hereby certify that on June 23, 2011 I electronically filed Zwicker & Associates, P.C.'s Nongovernmental Corporate Disclosure Statement Pursuant to Local Rule 7.1 with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the below counsel of record.

Pilar C. French, Esq.
frenchp@lanepowell.com

      A true and correct copy of Zwicker & Associates, P.C.'s Nongovernmental Corporate Disclosure Statement Pursuant to Local Rule 7.1 has been served on the pro se plaintiff below via U.S. Mail on June 23, 2011.

Lawrence James Saccato
6387 Old Hwy 99 S
Roseburg, OR 97471


        /s/Donna Smith_____
        Donna Smith, Esq.