**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Brian T. Kiolbasa**, admitted *pro hac vice*
kiolbasab@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Discover Products, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **Lawrence James Saccato,** | Case No. 11-CV-03002-HO |
| Plaintiff, | |
| vs. | DEFENDANT DISCOVER PRODUCTS, INC.'S MOTION TO DISMISS AMENDED COMPLAINT |
| **Zwicker & Associates; Discover Financial Services; and Does 1 through 10,** | Pursuant to Fed. R. Civ. P. 12(b)(6) |
| Defendants. | ORAL ARGUMENT REQUESTED |

### LR 7-1(a) CERTIFICATION

Counsel for defendant Discover Products, Inc. (incorrectly named in the First Amended Complaint as Discover Financial Services) ("Discover"), certifies that he conferred in good faith with plaintiff Lawrence James Saccato through personal telephone conference on July 28, 2011, before filing this motion, and that the parties were unable to resolve this dispute.

### MOTION

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Discover moves to dismiss Amended Complaint for failure to state a claim upon which relief can be granted.

PAGE 1 -   DEFENDANT DISCOVER'S MOTION TO DISMISS AMENDED COMPLAINT

In support of this motion, Discover relies upon the Memorandum in Support of its Motion to Dismiss Amended Complaint, submitted concurrently herewith.

DATED: July 29, 2011

LANE POWELL PC

By /s/ B. T. Kiolbasa
Pilar C. French, OSB No. 962880
Telephone: 503.778.2170
Brian T. Kiolbasa, admitted *pro hac vice*
Telephone: 503.778.2103
Attorneys for Defendant Discover Products, Inc.

PAGE 2 -   DEFENDANT DISCOVER'S MOTION TO DISMISS AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2011, I caused to be served a copy of the foregoing DISCOVER PRODUCTS, INC.'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FED. R. CIV P. 12(B)(6) on the following person(s) in the manner indicated below at the following address(es):

Lawrence James Saccato
Pro Se
6387 Old Hwy 99S
Roseburg, OR  97471

- ☑ by **CM/ECF**
- ☐ by **Electronic Mail**
- ☐ by **Facsimile Transmission**
- ☑ by **First Class Mail**
- ☐ by **Hand Delivery**
- ☐ by **Overnight Delivery**

_____
Brian T. Kiolbasa

CERTIFICATE OF SERVICE

118144.0036/5131980.1

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200