IN THE UNITED STATES DISTRICT COURT
FOR OREGON EUGENE DIVISION

FILED 02 AUG '11 10:52 USDC-ORE

| | | |
|---|---|---|
| LAWRENCE JAMES SACCATO, | § § | CIVIL ACTION NO.11-03002-HO |
| Plaintiff, ProSe' | § § | |
| vs. | § § | MOTION TO DISMISS DEFENDANT ZWICKER AND ASSOCIATES |
| ZWICKER and ASSOCIATES | § § | |
| Defendant | § § | |
| DISCOVER FINANCIAL SERVICES | § § | (Unlawful Debt Collection Practices under 15 USC 1692 |
| Co-Defendant | § § | *et. seq*, and ORS 646.639 *et. seq*.) (Unlawful Fair Credit Reporting |
| Does 1 through 10 | § | under 15 USC §1681, *et seq*) |

## MOTION FOR ORDER OF DISMISSAL

COMES now the Plaintiff, Lawrence James Saccato having reached an amicable settlement agreement with Defendant, Zwicker and Associates on or about 07/23/2011.

IT IS HEREBY Requested by the Plaintiff, Lawrence James Saccato, that a Order of Dismissal of Defendant, Zwicker and Associates, WITH PREJUDICE be entered in the above case pending before this honorable court. Each party bearing their own costs and Attorney fees.

Respectfully submitted this 30 day of July, 2011.

*LAWRENCE SACCATO*

Plaintiff ProSe'
Lawrence James Saccato
6387 Old Hwy 99S
Roseburg, Oregon 97471
541-784-2284 (mess)
ljsaccato@gmail

# CERTIFICATION OF MAILING

I hereby certify that a copies of the forgoing Plaintiff's Motion of an Order of Dismissal of Defendant Zwicker and Associates, Case No. 11-03002-HO, was sent by First Class Mail with postage prepaid through the United States Post Office to:

Brian Kiolbasa
Lane Powell P.C.
601 SW Second Ave,
Portland, Oregon 97204

Zwicker & Associates P.C.
80 Minuteman Road,
Andover, MA 01810

Clerk of the Court
Wayne L. Morse
United States Courthouse
405 East Eighth Avenue
Eugene, Oregon 97401

They were deposited in the United States Post Office in Winston, Oregon on July 30, 2011.

*LAWRENCE SACCATO*
Lawrence James Saccato, Plaintiff
c/o 6387 Old Highway 99 S
Roseburg, Oregon 97471
541-784-2284 mess.
ljsaccato@gmail.com