FILED 17 JAN '12 15:21 USDC-ORE

# Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the State of Oregon
Eugene Division

| | |
|---|---|
| Lawrence James Saccato<br>Plaintiff,    Pro Se | ) UNITED STATES COURT OF<br>) APPEALS FOR THE NINTH<br>) CIRCUIT<br>)         No. 11-35895 |
| v. | ) DC No. 6:11-cv-03002-HO |
| DISCOVER FINANCIAL SERVICES<br>Defendant, | ) AMENDED NOTICE<br>) OF APPEAL |

    Notice is hereby given that Lawrence James Saccato, Plaintiff Pro Se, in the above named case 11-CV 03002-HO, hereby appeals to the United States Court of Appeals for the 9th Circuit, for a reversal of the Order of Dismissal dated the 27th day of September, 2011, and subsequent supported denial of the Plaintiff's Motion to reconsider dated on the 17th day of December, 2011, and for a remand of this action.

January 16, 2012

*LAWRENCE JAMES SACCATO*
Lawrence James Saccato Pro se
6387 Old 99 S
Roseburg, Oregon 97471
541-784-2284
ljsaccato@gmail.com

ORX600007151

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Plaintiff's Amended Notice of Appeal Case # 11-03002-HO, was sent by USPS First Class Mail with postage prepaid through the United States Post Office to:

Brian Kiolbasa
Lane Powell P.C.
601 SW Second Ave,
Portland, Oregon 97204

Clerk of the Court
Wayne L. Morse
United States Courthouse
405 East Eighth Avenue
Eugene, Oregon 97401

It was deposited in the United States Post Office in Roseburg, Oregon on January 16, 2012.

*Lawrence Saccato*
Lawrence James Saccato, Plaintiff
c/o 6387 Old Highway 99 S
Roseburg, Oregon 97471
541-784-2284 mess.
ljsaccato@gmail.com